UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | C.A. No. 1:07-cv-00454-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, INC. | ) | Demand for Jury Trial |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, no Answer or Motion for Summary Judgment having been filed by Defendant, Nanticoke Memorial Hospital, Inc., Plaintiff dismisses the above-captioned action against Defendant without prejudice pursuant to Fed. R.C.P. 41(a)(1),

**COOCH & TAYLOR**

_____
Eric M. Andersen (No. 4376)
H. Alfred Tarrant, Jr. (No. 445)
824 N. Market Street, Ste. 1000
Wilmington, DE 19801
302-652-3641
*Attorneys for Barbara R. Johnson*

DATED: September 7, 2007

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARBARA R. JOHNSON | ) | C.A. No. 1:07-cv-00454-GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| NANTICOKE MEMORIAL HOSPITAL, INC. | ) | Demand for Jury Trial |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Eric M. Andersen, Esquire, caused on September 7, 2007 the foregoing *NOTICE OF VOLUNTARY DISMISSAL* to be served on the following counsel via regular mail:

Terese M. Connerton, Esquire
OBER – KALER
1401 H Street, NW, Suite 500
Washington, DC 20005-3324

Dean A. Swingle, Director, Finance
Nanticoke Memorial Hospital, Inc.
801 Middleford Road
Seaford, DE 19973

_____
Eric M. Andersen (No. 4376)